# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Dante Evans                                           Docket No. 5:11-CR-5-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dante Evans, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substance, in violation of 21 U.S.C§. 846, was sentenced by the Honorable J. Frederick Motz, U.S. District Judge for the District of Maryland, on June 12, 2009, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

2. The defendant shall satisfactorily participate in a program approved by the probation officer for gambling addiction treatment.

3. The defendant shall pay a special assessment in the amount of $100.00.

Dante Evans was released from custody on February 17, 2010, at which time the term of supervised release commenced. Jurisdiction was transferred to the Eastern District of North Carolina on January 5, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 3, 2011, the defendant was charged with No Operator's License and Operate Vehicle No Insurance (11CR9339) in Wake County, North Carolina. The defendant reported the offense and admitted driving without a license; however, there was no record of the case in Wake County for several days following the incident. On August 21, 2011, the defendant was charged with No Operator's License (11CR758511) in Wake County, North Carolina. The offense was discovered during a random check of the defendant's record. When confronted with the charge on August 24, 2011, the defendant initially lied to the probation officer about having any contact with the police or being charged with the offense. He even had an acquaintance call the probation office to falsely report using the defendant's driver's license during a traffic stop. The defendant later admitted

Dante Evans
Docket No. 5:11-CR-5-1BO
Petition For Action
Page 2

driving without being properly licensed. In an effort to promote compliance with the conditions of supervision and address his honesty, decision making abilities, and long-term goals, it is recommended the defendant's conditions of supervision be modified to include participation in a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: August 30, 2011 |

### ORDER OF COURT

Considered and ordered this 30 day of August, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge